# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, D.A. NORKIN**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## KWAME DESHIELDS
## SERGEANT (E-5), U.S. MARINE CORPS

### NMCCA 201500218
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 19 Feb 2015.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding General, 3d Marine Division, Okinawa, Japan.
**Staff Judge Advocate's Recommendation**: LtCol K.T. Carlisle, USMC.
**For Appellant**: Capt Daniel Douglass, USMC.
**For Appellee**: Mr. Brian Keller, Esq.

**21 January 2016**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court